AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| SREAM, INC., a California Corporation<br><br>*Plaintiff(s)*<br>v.<br>TOKEN SMOKIN', LLC, a Florida Corporation<br><br>*Defendant(s)* | Civil Action No. 16-cv-62623-WPD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Token Smokin', LLC,
R/A Robert Leff
4860 South State Road 7
Suite A
Hollywood, Florida 33314

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jamie Alan Sasson
The Ticktin Law Group, PLLC
270 SW Natura Avenue
Deerfield Beach, Florida 33441

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 11/4/2016

Steven M. Larimore
Clerk of Court

*Select Courthouse*

**SUMMONS**

s/ Faithtrina Stinson
Deputy Clerk
U.S. District Courts